[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**December 16, 2005**
**THOMAS  K. KAHN**
**CLERK**

_____

No. 05-10819
Non-Argument Calendar

_____

D.C. Docket No. 04-00032-CR-J-20MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES EDWARD MUSSELMAN,
a.k.a. Charlie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(December 16, 2005)**

Before BLACK, BARKETT and HILL, Circuit Judges

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Charles Edward Musselman in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Musselman's conviction and sentence are **AFFIRMED**.